**Order entered December 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01283-CV

## TEXAS HEALTH RESOURCES, TRUMBULL INSURANCE COMPANY AND TEXAS HEALTH PRESBYTERIAN HOSPITAL DALLAS, Appellants

### V.

### NINA PHAM, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-02252**

## ORDER

Before the Court is Appellants' December 23, 2015 Motion for Temporary Relief Ancillary to Accelerated Appeal (Stay of Discovery and Pretrial Proceedings). The Court requests that appellee file her response to the motion on or before January 4, 2016.

/s/    DOUGLAS S. LANG
         JUSTICE